# Ronai & Ronai, LLP

### Attorneys at Law

The Ronai Building
34 Adee Street, Port Chester, New York 10573
Telephone (914) 824-4777

March 30, 2026

Manhattan Office:
45 Rockefeller Plaza, Suite 2000
New York, NY 10111
Telephone (212) 268-4777

**VIA ECF**

Hon. Naomi Reice Buchwald
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007

Re:    Petrovics v. JRM Construction Management, LLC et al.
Docket No.: 23-cv-05116-NRB

Your Honor:

We represent the Plaintiff, Mark Petrovics, in the above-referenced action.

Pursuant to Federal Rule of Civil Procedure 56 and Your Honor's Individual Rules 2.B., the parties were required to submit letters requesting a pre-motion conference for their respective summary judgment motions, today, March 30, 2026 - as fact discovery closed on February 26, 2026.

Yesterday, Jason Fixler, Esq., counsel for Defendants JRM Construction Management, LLC, 295 Fifth Ave Development Owner LLC, and Manhattan Properties I, LLC, contacted our office requesting consent to an extension of the deadline for all parties to file their pre-motion letters. Mr. Fixler advised that his return flight from Vancouver had been significantly delayed, preventing him from finalizing and filing his letter today.

As a courtesy, we consented to an extension and agreed to file this letter on his behalf, as he is unable to do so. As such, we respectfully request that the Court grant defendants' request for an extension of the deadline for all parties to submit their pre-motion letters from March 30, 2026, to April 3, 2026.

Thank you for Your Honor's attention to this matter.

Application granted.

Dated:      March 30, 2026
            New York, New York

Respectfully,

Holly Ostrov Ronai

SO ORDERED.

NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE